FORM 1007-1(H)

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re Blake Wayne Bean
Ashley Jo Nicole Bean

Debtor(s)

Case No. ______

Chapter 7

## PAYMENT ADVICES CERTIFICATION

*(NOTE: A separate form must be filed by **each** debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I, Ashley Jo Nicole Bean hereby state as follows:
(debtor's name)

*(select one)*

- ■ I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.
- ☐ I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices.
- ☐ I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. __

*(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: March 17, 2026

(Signature of Debtor)

Print name: Ashley Jo Nicole Bean

**** In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.***

# Granny & Pa's Pecan Co. Cash Flow

| June | |
|---|---|
| Total Sales | $1,063.20 |
| Total Expenses | $629.15 |
| Total Income | $434.05 |
| Expenses | |
| Google Business Suite | $8.95 |
| Next Insurance | $32.74 |
| Canva | $12.99 |
| Amazon Prime | $7.99 |
| Sales Tax | $97.02 |
| CC Processing Fees | $26.87 |
| Clover Device Payment | $15.94 |
| Internet for CC Reader | $37.15 |
| Bags & Labels | $31.80 |
| Ingredients | $38.01 |
| Pecans | $245.90 |
| Show Fees | $50.01 |
| Fuel | $25.78 |

| July | |
|---|---|
| Total Sales | $4,393.36 |
| Total Expenses | $2,731.66 |
| Total Income | $1,521.83 |
| Expenses | |
| Google Business Suite | $8.95 |
| Next Insurance | $32.74 |
| Canva | $12.99 |
| Amazon Prime | $7.99 |
| Sales Tax | $400.89 |
| CC Processing Fees | $108.92 |
| Clover Device Payment | $15.94 |
| Internet for CC Reader | $37.15 |
| Bags & Labels | $120.87 |
| Ingredients | $105.23 |
| Pecans | $1,225.74 |
| Show Fees | 654.25$ |
| Fuel | $139.87 |

| August | |
|---|---|
| Total Sales | $2,524.33 |
| Total Expenses | $1,479.99 |
| Total Income | $1,044.34 |
| Expenses | |
| Google Business Suite | $8.95 |
| Next Insurance | $32.74 |
| Canva | $12.99 |
| Amazon Prime | $7.99 |
| Sales Tax | $230.35 |
| CC Processing Fees | $53.77 |
| Clover Device Payment | $15.94 |
| Internet for CC reader | $37.15 |
| Bags & Labels | $84.89 |
| Ingredients | $79.54 |
| Pecans | $490.52 |
| Show Fees | $375.47 |
| Fuel | $69.69 |

| September | |
|---|---|
| Total Sales | $4,800.43 |
| Total Expenses | $3,103.28 |
| Total Income | $1,697.15 |
| Expenses | |
| Google Business Suite | $8.95 |
| Next Insurance | $32.74 |
| Canva | $12.99 |
| Amazon Prime | $7.99 |
| Sales Tax | $438.04 |
| CC Processing Fees | $89.01 |
| Clover Device Payment | $15.94 |
| Internet for CC Reader | $37.15 |
| Bags & Labels | $127.56 |
| Ingredients | $128.63 |
| Pecans | $1,456.02 |
| Show Fees | $580.69 |
| Fuel | $167.57 |

| October | |
|---|---|
| Total Sales | $4,185 |
| Total Expenses | $2,750.86 |
| Total Income | $1,414.34 |
| Expenses | |
| Google Business Suite | $8.95 |
| Next Insurance | $32.74 |
| Canva | $12.99 |
| Amazon | $7.99 |
| Sales Tax | $380.06 |
| CC Processing Fees | $96.34 |
| Clover Device Payment | $15.94 |
| Internet for CC Reader | $37.15 |
| Bags& Labels | $100.23 |
| Ingredients | $132.20 |
| Pecans | $1,225.74 |
| Show Fees | $575.75 |
| Fuel | $124.58 |

| November | |
|---|---|
| Total Sales | $4,693.95 |
| Total Expenses | $2,951.39 |
| Total Income | $1,742.56 |
| Expenses | |
| Google Business Suite | $8.95 |
| Next Insurance | $32.74 |
| Canva | $12.99 |
| Amazon | $7.99 |
| Sales Tax | $428.32 |
| CC Processing Fees | $127.30 |
| Clover Device Payment | $15.94 |
| Internet for CC reader | $37.15 |
| Bags& Labels | $124.37 |
| Ingredients | $122.53 |
| Pecans | $1,362.20 |
| Show Fees | $476.39 |
| Fuel | $194.52 |

| December | |
|---|---|
| Total Sales | $4,388 |
| Total Expenses | $3,137.05 |
| Total Income | $1,250.95 |
| Expenses | |
| Google Business Suite | $8.95 |
| Next Insurance | $32.74 |
| Canva | $12.99 |
| Amazon Prime | $7.99 |
| Sales Tax | $454.65 |
| CC Processing | $139.76 |
| Paypal Device Purchase | $79.99 |
| Internet for CC reader | $37.15 |
| Bags and Labels | $152.30 |
| Ingredients | $138.66 |
| Pecans | $1,470 |
| Show Fees | $456.25 |
| Fuel | 145.62 |

| January | |
|---|---|
| Total Sales | $1,026 |
| Total Expenses | $1,347.50 |
| Total Income | -($321.5) |
| Expenses | |
| Google Business Suite | $8.95 |
| Next Insurance | $32.74 |
| Canva | $12.99 |
| Amazon Prime | $7.99 |
| Sales Tax | $21.24 |
| CC Processing | $23.31 |
| Paypal Device Purchase | 0 |
| Internet for CC reader | $37.15 |
| Bags and Labels | $26.14 |
| Ingredients | $36.51 |
| Pecans | $440 |
| Show Fees | $285 |
| Fuel | $130.25 |
| Travel Expenses | $285.23 |

| Februrary | |
|---|---|
| Total Sales | $1,070 |
| Total Expenses | $1,174.95 |
| Total Income | -100.95 |
| Expenses | |
| Google Business Suite | $8.95 |
| Next Insurance | $32.74 |
| Canva | $12.99 |
| Amazon Prime | $7.99 |
| Sales Tax | $22.10 |
| CC Processing | $24.59 |
| Paypal Device Purchas | 0 |
| Internet for CC reader | $37.15 |
| Bags and Labels | $15.20 |
| Ingredients | $20.88 |
| Pecans | $440 |
| Show Fees | $490.00 |
| Fuel | $62.00 |